1  GLENN R. KANTOR (SBN: 122643)
   CORINNE CHANDLER (SBN: 111423)
2  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
3  Northridge, CA 91324
   Telephone: (818) 886-2525
4  Facsimile: (818) 350-6272
   Email: gkantor@kantorlaw.net
5  Email: cchandler@kantorlaw.net

6  Attorneys for Plaintiff
   REBECCA RAMIREZ
7
   JORDAN S. ALTURA (SBN: 209431)
8  MARGIE R. LARIVIERE (SBN: 172975)
   GORDON & REES LLP
9  275 Battery Street, Suite 2000
   San Francisco, CA 94111
10 Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
11 Email: jaltura@gordonrees.com
   Email: mlariviere@gordonrees.con
12
   Attorneys for Defendant
13 AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA RAMIREZ, | CASE NO. C 12 4192 MEJ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES TO COMPLETE DISCOVERY RE ERISA PREEMPTION AND FILE RENEWED MOTION FOR SUMMARY ADJUDICATION** |
| vs. | |
| AETNA LIFE INSURANCE COMPANY, | Magistrate Judge: Maria Elena James |
| Defendants. | Courtroom: B, 15th Fl. |
| | Complaint filed: 8/9/2012 |

1

STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY AND BRIEFING DEADLINES

TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

The parties in this action, Plaintiff Rebecca Ramirez ("Plaintiff") and Defendants Aetna Life Insurance Company, by and through their respective counsel of record, hereby jointly stipulate as follows:

WHEREAS the accompanying declaration of Jordan S. Altura, submitted herewith in support of this Stipulated Request, complies with the requirements of Local Rule 6-2 and sets forth the reasons for and good cause supporting the parties' stipulation;

WHEREAS the parties have a mediation scheduled for January 17, 2012, with Martin Quinn of JAMS;

WHEREAS the Court instructed the parties complete fact discovery with respect to the issue of ERISA preemption by February 7, 2013;

WHEREAS the Court set March 7, 2013 as the deadline for the parties to file motions with respect to the issue of ERISA preemption, with hearings on such motions set for April 11, 2013;

WHEREAS Plaintiff has propounded written discovery to Defendant and the parties have met and conferred about setting the deposition of Aetna's 30(b)(6) witness concerning the issuance of the welfare benefit plan to the National Conference of Bankruptcy Clerks ("NCBC");

WHEREAS both parties intend to seek written and deposition discovery from nonparties, including the NCBC;

WHEREAS the parties agree it would be prudent to avoid the costs of written and deposition discovery while attempting to settle this case, and seek to continue the deadlines set forth above by three weeks to allow completion of settlement efforts and, if the mediation is unsuccessful, to still have adequate time to complete necessary discovery in an orderly fashion;

WHEREAS the parties stipulate and request this Court extend the ERISA preemption-based discovery completion and briefing deadlines and continue the hearing date, as follows:

- Discovery completion deadline regarding ERISA preemption, continued from February 7, 2013 until February 28, 2013;
- Deadline for filing any motions concerning ERISA preemption, continued from March 7, 2013 to March 28, 2013;

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

- Hearing on motions concerning ERISA preemption, continued from April 11, 2013 to May 2, 2013.

**IT IS SO AGREED AND STIPULATED.**

                          Respectfully Submitted,

Dated: January 2, 2013          GORDON & REES LLP

By: */s/ Jordan S. Altura*
     Jordan S. Altura
     Attorneys for Defendants
     AETNA LIFE INSURANCE COMPANY

Dated: January 2, 2013          KANTOR & KANTOR, LLP

By: */S/ Corinne Chandler*
     Glenn R. Kantor
     Corinne Chandler
     Attorneys for Plaintiff
     REBECCA RAMIREZ

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: January 3, 2013

_____
Maria Elena-James
Chief United States Magistrate Judge