Glenn R. Kantor, Esq. - SBN: 122643
E-mail: gkantor@kantorlaw.net
Corinne Chandler, Esq – SBN: 111423
E-mail: cchandler@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
REBECCA RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REBECCA RAMIREZ,

    Plaintiff,

vs.

AETNA LIFE INSURANCE COMPANY,

    Defendants.

CASE NO: CV12-4192-MEJ

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants by and through their attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice. Each party shall bear its own fees and costs.

DATED: March 22, 2013    KANTOR & KANTOR, LLP

By  */s/ Corinne Chandler*
    Corinne Chandler
    Attorneys for Plaintiff

DATED: March 22, 2013    GORDON & REES, .LLP

By  */s/ Jordan S. Altura*
    Jordan S. Altura
    Attorneys for Defendant

1

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL


***ORDER***

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear its own fees and costs.

DATED: March 25, 2013

_____
Hon. Maria-Elena James
U.S. District Court Judge

**ATTESTATION OF E-FILED SIGNATURE**

I, Jordan S. Altura, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order for Dismissal. In compliance with Local Rule 5-1(i), I hereby attest that Corrine Chandler, counsel for Plaintiff Rebecca Ramirez, has concurred in this filing.

DATED: March 22, 2013          GORDON & REES LLP

By____/s/ Jordan S. Altura_____
       Jordan S. Altura
Attorneys for Defendant
Aetna Life Insurance Company