1  Glenn R. Kantor, Esq. - SBN: 122643
   E-mail: gkantor@kantorlaw.net
2  Corinne Chandler, Esq – SBN: 111423
   E-mail: cchandler@kantorlaw.net
3  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
4  Northridge, CA 91324
   Telephone:  (818) 886-2525
5  Facsimile:   (818) 350-6272

6  Attorneys for Plaintiff,
   REBECCA RAMIREZ

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 REBECCA RAMIREZ,                CASE NO:  CV12-4192-MEJ (4192)

12           Plaintiff,             **STIPULATION AND [PROPOSED]
                                    ORDER FOR DISMISSAL**
13      vs.

14 AETNA LIFE INSURANCE COMPANY,

15           Defendants.

16

17

18      IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants by and through

19 their attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with

20 prejudice.  Each party shall bear its own fees and costs.

21 DATED: March 22, 2013            KANTOR & KANTOR, LLP

22
                                   By____/s/ Corinne Chandler_____
23                                    Corinne Chandler
                                      Attorneys for Plaintiff
24

25
   DATED: March 22, 2013            GORDON & REES, .LLP
26

27                                 By____/s/ Jordan S. Altura_____
                                      Jordan S. Altura
28                                    Attorneys for Defendant

                                    1
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL

***ORDER***

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear its own fees and costs.

DATED:   March 25, 2013

_____
Hon. Maria-Elena James
U.S. District Court Judge

**ATTESTATION OF E-FILED SIGNATURE**

I, Jordan S. Altura, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order for Dismissal. In compliance with Local Rule 5-1(i), I hereby attest that Corrine Chandler, counsel for Plaintiff Rebecca Ramirez, has concurred in this filing.

DATED: March 22, 2013                GORDON & REES LLP


By____/s/ Jordan S. Altura_____
         Jordan S. Altura
Attorneys for Defendant
Aetna Life Insurance Company

2
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL